UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-7142-DMG (Ex) | Date | September 25, 2023 |
|---|---|---|---|
| Title | *Nathan Castellon v. Moxielash, Inc. et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON THE PARTIES' COUNSEL**

On March 7, 2023, the Court ordered the parties to file the following no later than September 5, 2023:  a joint status report re settlement, a proposed final pretrial conference order, contentions of fact/law, a pretrial exhibit stipulation, a joint exhibit list, a joint trial witness list and time estimate form, an agreed statement of the case, proposed *voir dire* questions, a joint statement of jury instructions and joint statement of disputed instructions, and verdict forms. [Doc. # 21-1.]  To date, the parties have not filed *any* of these documents.  Plaintiff's and Defendants' respective attorneys are hereby **ORDERED TO SHOW CAUSE** why the Court should not sanction them for failure to comply with a Court Order.  The attorneys' joint written response to this Order shall be filed **by October 10, 2023**.  If the attorneys elect to submit these pretrial documents in lieu of a joint response to this Order, then they shall file such documents **by October 10, 2023**.  The September 26, 2023 Final Pretrial Conference date and October 24, 2023 trial date are **VACATED** and will be rescheduled if necessary.

**IT IS SO ORDERED.**